1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SARAH HAWKINS (CABN 257723)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7126
7       Fax: (415) 436-7207
        Email: Sarah.Hawkins@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. CR 15 0489 RS
                                        )
14         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER TO
                                        )  CONTINUE STATUS CONFERENCE
15     v.                               )
                                        )
16  RANDOLPH EDMOND KNOBLOCK,           )
    ERIC SHELBY MELOVICH, and           )
17  DOUGLAS LEE SMITH,                  )
                                        )
18         Defendants.                  )
                                        )
19

20                                  **STIPULATION**

21         IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22         1.   The case is currently set for a status conference on March 29, 2016 at 2:30 p.m.

23         2.   Counsel for the government must be in San Jose on another matter and is therefore not

24  available for the status hearing. Counsel for Mr. Melovich has also asked for additional discovery,

25  which government counsel is currently obtaining and anticipates providing within the next week.

26         3.   Accordingly, the parties jointly request a continuance of the matter to May 3, 2016.

27         4.   The parties further respectfully submit and agree that the period from March 29, 2016,

28  through and including May 3, 2016 should be excluded from the otherwise applicable Speedy Trial Act

computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence.

4. The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:  March 23, 2016                BRIAN J. STRETCH
                                       Acting United States Attorney

                                              /s/
                                       SARAH HAWKINS
                                       Assistant United States Attorney

DATED: March 23, 2016

                                              /s/
                                       STEVEN G. KALAR
                                       Counsel for Randolph Edmond Knoblock

DATED:  March 23, 2016

                                              /s/
                                       PETER GOODNAM
                                       Counsel for Eric Melovich

STIP. AND [PROPOSED] ORDER                2
CR 15-0489 RS

**[PROPOSED] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from March 29, 2016 through and including May 3, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on May 3, 2016 at 2:30 p.m. for further status conference.

2. The period from March 29, 2016 through and including May 3, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 3/23/16

HON. RICHARD SEEBORG
United States District Judge