BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS  (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 15-0489 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OTHERWISE APPLICABLE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| RANDOLPH EDMOND KNOBLOCK, ERIC SHELBY MELOVICH, and DOUGLAS LEE SMITH, | |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on May 3, 2016 at 2:30 p.m. for a status hearing. Mr. Knoblock was present and represented by Federal Public Defender Stephen Kalar.  Mr. Melovich was present and represented by Peter Goodman. Assistant United States Attorney Sarah Hawkins appeared for the Government.  The parties requested a continuance of the matter, with time excluded for effective preparation of counsel.

2. Accordingly, with the parties' agreement as to the new date, the Court scheduled another status hearing for July 26, 2016 at 2:30 p.m., with the understanding that the parties would submit a

1  Stipulation and Proposed Order excluding time.

2      3.    The parties now formalize their request for a continuance of this matter to July 26, 2016
3  at 2:30 p.m. for a status conference, and respectfully submit and agree that the period from May 3, 2016
4  through and including July 26, 2016 should be excluded from the otherwise applicable Speedy Trial Act
5  computation because the continuance is necessary for effective preparation of counsel, taking into
6  account the exercise of due diligence.

7      4.    The parties concur that granting the exclusion would allow the reasonable time necessary
8  for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The
9  parties also agree that the ends of justice served by granting such an exclusion of time for the purposes
10 of effective preparation of counsel outweigh the best interests of the public and the defendant in a
11 speedy trial. 18 U.S.C. § 3161(h)(7)(A).

13     IT IS SO STIPULATED.

15 DATED: May 11, 2016          BRIAN J. STRETCH
                              United States Attorney

17                                     /S/
                              SARAH HAWKINS
18                               Assistant United States Attorney

20 DATED: May 11, 2016

21                                     /S/
                              STEPHEN G. KALAR
22                               Counsel for Randolph Edmond Knoblock

24 DATED: May 11, 2016

25                                     /S/
                              PETER GOODNAM
26                               Counsel for Eric Melovich

**[PROPOSED] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from May 3, 2016 through and including July 26, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on July 26, 2016 at 2:30 p.m. for further status conference.

2. The period from May 3, 2016 through and including July 26, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 5/26/16

_____
HON. RICHARD SEEBORG
United States District Judge

STIP. AND ORDER EXCLUDING TIME         3
CR 15-0489 RS